■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HORACE H. ABNEY, Appellant.—Appeal by the defendant from a judgment of the County Court, Nassau County (Santagata, J.), rendered April 4, 1991, convicting him of criminal sale of a controlled substance in the third degree and criminal possession of a controlled substance in the third degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (see, Anders v California, 386 US 738; People v Paige, 54 AD2d 631; cf., People v Gonzalez, 47 NY2d 606). Bracken, J. P., Lawrence, Miller, Copertino and Santucci, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v STEVE ADAMS, Appellant.—Appeal by the defendant from two judgments of the Supreme Court, Queens County (Sherman, J.), both rendered November 20, 1990, convicting him of sexual abuse in the first degree under Indictment No. 2113/89 and assault in the second degree under Indictment No. 4250/ 89, upon his pleas of guilty, and imposing sentences.

Ordered that the judgments are affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (see, Anders v California, 386 US 738; People v Paige, 54 AD2d 631; cf., People v Gonzalez, 47 NY2d 606).

We have considered the contentions raised by the defendant in his supplemental pro se brief and find them to be frivolous. Bracken, J. P., Lawrence, Miller, Copertino and Santucci, JJ., concur.